UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERENCE STEWART ) <br> (Dallas County Jail No. 16061267), ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> LOREN COLLINS and FAY JOHNSON, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:17-CV-0069-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 31, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**